FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

550

JF (PR)

Plaintiff
John Rhine
+ Ringlow

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~CDC-CDRC-Chino CMC-CIM-AND~~ ~~Wardens~~ ~~Physc personell~~, Plaintiff,

vs.

CDC-CDRC-Chino CMC-CIM AND Mental Health Personell, Defendant.

CASE NO. CV 08 3937

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, John Rhine, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 66.65 mt Net: 61.00

Employer: ASH State mental hospital

C08-3937 JF

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

personal companys - expences only - SSI EAGLE RESH Evrykra enviromental Rhimfg, Ringlow, MAYANAUT emporioum.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No ✓

b. Income from stocks, bonds, or royalties? Yes ___ No ✓

c. Rent payments? Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________

______________________________

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

JR-6-none

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $___________ Amount of Mortgage: $___________

6. Do you own an automobile? Yes ___ No ✓

Make ___________ Year ___________ Model ___________

Is it financed? Yes _____ No _____ If so, Total due: $___________

Monthly Payment: $___________

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ___________

Present balance(s): $___________

Do you own any cash? Yes ___ No ✓ Amount: $___________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?

Rent: $___________ Utilities: ___________

Food: $___________ Clothing: ___________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Some mostly To Keep company projects in Storage and or equpt

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

______________________________________________

______________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-15-08 — DATE

John Rhine — SIGNATURE OF APPLICANT


John Rhine
unit 3 A+57501-9
AtASKADero St hosp
P.O. Box 7001
AtasKaDero ca
93423-7001
SANTA BARBARA CA 931 AUG 7 2008
USA FIRST-CLASS FOREVER
Legal mail
Office of the clerk US Distc
Northern Dist of california
450 Golden gate Ave
SAN FRANCISCO CA
94102
2255 motion
RECEIVED
AUG 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SJ