# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA



FILED
AUG 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your action has been filed as a civil case number   CV 08   3937   .

It appears that you have not attached a complaint ~~or petition~~ to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

JF
(PR)

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

(IFP Application / ~~letter~~ / exhibits / ~~motion~~ / no complaint or petition)
(blank complaint form / ~~petition~~ attached)

RHINE V. CDC - CDRC - CHINO
CMC - C14

Rev. 5/08